

# NUMBER 13-24-00550-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JOSEPH CANTU,                                             **Appellant,**

**v.**

THE STATE OF TEXAS,                                     **Appellee.**

## ON APPEAL FROM THE 94TH DISTRICT COURT
## OF NUECES COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Cron**
**Memorandum Opinion by Chief Justice Tijerina**

Appellant filed a notice of appeal attempting to appeal a judgment in trial court case number 24FC-0352-C. We now dismiss the appeal for want of jurisdiction.

Upon review of the documents filed, the trial court has certified that this "is a plea-bargain case…and the defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2). On February 5, 2025, we ordered appellant's counsel to review the record and determine

whether appellant had a right to appeal. On February 18, 2025, appellant's counsel responded concluding that appellant waived his right to appeal and did not otherwise demonstrate a right to appeal.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. *See id.* R. 25.2(d), 37.1, and 44.3. Accordingly, this case is dismissed for want of jurisdiction.

JAIME TIJERINA
Chief Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
10th day of April, 2025.